IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRELL M. CARTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )    CIVIL NO. 05-119-DRH |
| | ) |
| **JOHN ANDERSON,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as frivolous.  Dismissal is with prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

| | |
|---|---|
| May 25, 2005 | By:  /s/  David RHerndon |
| *Date* | *District Judge* |